UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| UNIQUE ALLAH, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) Civil Action No. 1:15-cv-00267-BR-SPB<br>) |
| | ) **ORDER**<br>) |
| M. RECHTENWALD, | )<br>) |
| Respondent. | )<br>) |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of the record, **HEREBY ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;

2. The Petition for Writ of Habeas Corpus is **DENIED**;

3. This case is **CLOSED**; and

4. The clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATED: October 17, 2016

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE